

**Wednesday, November 19, 2014**

No. 14–0751/AR.  U.S. v. Johnathan M. Johnson.  CCA 20120643.  On consideration of Appellant's second motion to withdraw the petition for grant of review, it is ordered that Rule 21(f) is hereby suspended, and said motion is hereby granted with leave to re-file a subsequent petition upon final action of the Court of Criminal Appeals.

No. 14–0778/NA.  U.S. v. Jeremy R. Green.  CCA 201300276.  Appellant's petition for reconsideration of this Court's order issued on October 31, 2014, is denied.

**Thursday, November 20, 2014**

84

No. 15–0048/AR. U.S. v. Joshua R. Baker. CCA 20120839. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY ACCEPTING APPELLANT'S PLEA OF GUILTY TO DISOBEYING THE ORDER OF HIS COMMANDER IN VIOLATION OF ARTICLE 90, UCMJ, WHEN THE ULTIMATE OFFENSE AT ISSUE WAS THE MINOR OFFENSE OF RESTRICTION BREAKING DESCRIBED UNDER ARTICLE 134, UCMJ, AND THE RECORD DOES NOT REFLECT APPELLANT'S UNDERSTANDING THAT THE ORDER IMPOSING RESTRICTION WAS ISSUED WITH THE FULL AUTHORITY OF HIS COMMANDER'S OFFICE TO LIFT THE DUTY "ABOVE THE COMMON RUCK."

No briefs will be filed under Rule 25.

**Friday, November 21, 2014**

No. 14–0524/MC. U.S. v. Troy B. Norman. CCA 201300152. Appellant's motion to file a revised joint appendix is granted.